# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:26−cv−01283−LJV

United States of America v. Russo et al
Assigned to: Hon. Lawrence J. Vilardo
Cause: 28:2201 Declaratory Judgement

Date Filed: 06/22/2026
Jury Demand: None
Nature of Suit: 950 Constitutional − State Statute
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America** represented by

**Luke A. Miller**
U.S. Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC 20044
605−610−7766
Email: luke.miller2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
Departmant of Justice (Civil Rights)
Civil Rights Division
950 Pennsylvania Ave NW
Washington, DC 20530
202−307−1697
Email: sean.skedzielewski@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Brandon D Neuman**
U.S. Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC 20044
202−227−7416
Email: brandon.neuman@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Russo**
*Assistant Attorney General in Charge, Buffalo Regional Office, in his official capacity*
*TERMINATED: 07/10/2026*

represented by

**Deena Katherine Mueller−Funke**
New York State Attorney General
Main Place Tower
Suite 300A
350 Main Street
Buffalo, NY 14202
716−853−8566
Fax: 7168538428
Email: deena.mueller−funke@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of New York** represented by **Deena Katherine Mueller−Funke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathy Hochul**
*Governor of New York, in her official capacity* represented by **Deena Katherine Mueller−Funke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Letitia James**
*Attorney General of New York, in her official capacity* represented by **Deena Katherine Mueller−Funke**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2026 | Ï 1 | COMPLAINT *and Civil Cover Sheet and Summons* against All Defendants, filed by United States of America. (Attachments: # 1 Civil Cover Sheet, # 2 Summons of Michael Russo, # 3 Summons of State of New York, # 4 Summons of Letitia James, # 5 Summons of Kathy Hochul)(Neuman, Brandon) (Entered: 06/22/2026) |
| 06/23/2026 | Ï 2 | AMENDED DOCUMENT by United States of America. *Amended Civil Cover Sheet*. (Neuman, Brandon) (Entered: 06/23/2026) |
| 06/23/2026 | Ï | Case assigned to Hon. Lawrence J. Vilardo. Notification to chambers of online civil opening. (MMG) (Entered: 06/23/2026) |
| 06/23/2026 | Ï | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO−85) is available for download at http://www.uscourts.gov/services−forms/forms. (MMG) (Entered: 06/23/2026) |
| 06/23/2026 | Ï 3 | Summons Issued as to Kathy Hochul, Letitia James, Michael Russo, and State of New York. (MMG) (Entered: 06/23/2026) |
| 06/23/2026 | Ï 4 | MOTION for Preliminary Injunction by United States of America. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit Exhibit A Declaration of Matthew W. Allen, # 4 Exhibit Exhibit B Declaration of Allen Davis II, # 5 Exhibit Exhibit C Declaration of Justin Hargis, # 6 Exhibit Exhibit D Declaration of Bryan Flanagan, # 7 Exhibit Exhibit 1 to Exhibit D, # 8 Exhibit Exhibit 2 to Exhibit D, # 9 Exhibit Exhibit 3 to Exhibit D, # 10 Exhibit Exhibit 4 to Exhibit D, # 11 Exhibit Exhibit 5 to Exhibit D, # 12 Exhibit Exhibit 6 to Exhibit D, # 13 Exhibit Exhibit 7 to Exhibit D, # 14 Exhibit Exhibit 8 to Exhibit D, # 15 Exhibit Exhibit 9 to Exhibit D, # 16 Exhibit Exhibit 10 to Exhibit D, # 17 Exhibit Exhibit 11 to Exhibit D, # 18 Exhibit Exhibit 12 to Exhibit D, # 19 Exhibit Exhibit 13 to Exhibit D, # 20 Exhibit Exhibit 14 to Exhibit D)(Neuman, Brandon) (Entered: 06/23/2026) |
| 06/23/2026 | Ï 5 | MOTION to Expedite *Hearing on Motion for Preliminary Injunction*, *ECF Dkt. 4*, by United States of America. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Neuman, Brandon) (Entered: 06/23/2026) |
| 06/23/2026 | Ï 6 | TEXT ORDER re 4 MOTION for Preliminary Injunction filed by United States of America, 5 MOTION to Expedite Hearing on Motion for Preliminary Injunction, ECF Dkt. 4, filed by United |

| | | |
|---|---|---|
| | | States of America. The plaintiff shall serve the defendants with the complaint, motion papers, and a copy of this text order by 9:30 AM on 6/24/2026. Virtual Status Conference set for 6/24/2026 at 2:30 PM in Niagara Courtroom, 8th Floor West, 2 Niagara Square, Buffalo, NY before Hon. Lawrence J. Vilardo. Dial−in instructions will be sent directly to the parties. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 6/23/2026. (RFI) (Entered: 06/23/2026) |
| 06/23/2026 | Ï 7 | NOTICE of Appearance by Sean Skedzielewski on behalf of United States of America (Skedzielewski, Sean) (Entered: 06/23/2026) |
| 06/23/2026 | Ï 8 | MOTION to Transfer venue, MOTION to Dismiss defednant Russo by Kathy Hochul, Letitia James, Michael Russo, State of New York. (Attachments: # 1 Declaration in support of dismiss/transfer, # 2 Memorandum in Support of dismiss/transfer)(Mueller−Funke, Deena). Added MOTION to Dismiss on 6/24/2026 (CGJ). (Entered: 06/23/2026) |
| 06/24/2026 | Ï | E−Filing Notification: re 8 Modified to add Motion to Dismiss (CGJ) (Entered: 06/24/2026) |
| 06/24/2026 | Ï 9 | Minute Entry for proceedings held before Hon. Lawrence J. Vilardo: Status Conference re 4 MOTION for Preliminary Injunction filed by United States of America, 5 MOTION to Expedite Hearing on Motion for Preliminary Injunction, ECF Dkt. 4 held on 6/24/2026. Court ordered that this proceeding is not to be recorded, or taped in any way. If someone does record it, they will be found in contempt of court. Expedited briefing schedule on defendants' 8 Motion to Transfer Venue. Responses due by 6/26/2026. Reply due by 7/1/2026. If necessary, the Court will schedule in person oral argument. Appearances. For plaintiff: Brandon D. Neuman and Luke Miller, DOJ Trial Attorneys and Sean Skedzielewski, Counsel to Assistant Attorney General. For defendants: Christopher Boyd, Assistant Attorney General in Charge and AAG Joel J. Terragnoil. (Court Reporter Laurel Tubbs.) (CMD) (Entered: 06/24/2026) |
| 06/26/2026 | Ï 10 | MEMORANDUM in Opposition re 8 MOTION Transfer venue, dismiss defednant Russo MOTION to Dismiss filed by United States of America. (Neuman, Brandon) (Entered: 06/26/2026) |
| 06/29/2026 | Ï 11 | TEXT ORDER re 8 MOTION to Transfer venue, MOTION to Dismiss defendant Russo by Kathy Hochul, Letitia James, Michael Russo, State of New York. In−person Oral Argument set for 7/8/2026 at 2:00 PM in U.S. District Court, Niagara Courtroom, 8th Floor West, 2 Niagara Square, Buffalo, NY before Hon. Lawrence J. Vilardo. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 6/29/2026. (RFI) (Entered: 06/29/2026) |
| 07/01/2026 | Ï 12 | Letter filed by United States of America *Regarding Supplementary Authority from US v. Virginia*. (Attachments: # 1 Exhibit)(Neuman, Brandon) (Entered: 07/01/2026) |
| 07/01/2026 | Ï 13 | REPLY/RESPONSE to re 8 MOTION Transfer venue, dismiss defednant Russo MOTION to Dismiss filed by Kathy Hochul, Letitia James, Michael Russo, State of New York. (Mueller−Funke, Deena) (Entered: 07/01/2026) |
| 07/02/2026 | Ï 14 | Letter filed by United States of America *Regarding Supplementary Authority from US v. City of Philadelphia*. (Attachments: # 1 Exhibit)(Neuman, Brandon) (Entered: 07/02/2026) |
| 07/02/2026 | Ï 15 | CONTINUATION OF EXHIBITS to 12 Letter *Regarding Supplementary Authority from US v. Virginia*. (Neuman, Brandon) (Entered: 07/02/2026) |
| 07/02/2026 | Ï 16 | CONTINUATION OF EXHIBITS to 12 Letter *Regarding Supplementary Authority from US v. Virginia*. (Neuman, Brandon) (Entered: 07/02/2026) |
| 07/07/2026 | Ï 17 | Letter filed by United States of America *Re: Intention to Split July 8, 2026 Oral Argument*. (Miller, Luke) (Entered: 07/07/2026) |
| 07/08/2026 | Ï 18 | Minute Entry for proceedings held before Hon. Lawrence J. Vilardo: Oral Argument re 8 MOTION to transfer venue, Motion to dismiss defendant Russo filed by Kathy Hochul, Letitia James, Michael Russo, State of New York held on 7/8/2026. Counsel presented argument on behalf of |

| | | |
|---|---|---|
| | | their respective clients. The Court ordered a one page supplemental submission be filed by July 10, 2026 by plaintiff. The Court reserves decision.<br><br>Appearances: For Plaintiff: Luke A. Miller and Brandon D. Neuman. For Defendants: Deena Katherine Mueller−Funke, Joel Terragonli and Christopher Boyd. (Court Reporter Laurel Tubbs) (KMM) (Entered: 07/09/2026) |
| 07/08/2026 | 19 | TEXT ORDER: As stated on the record, by **12:00 PM (noon) on 7/10/2026**, the plaintiff shall file a letter identifying any references in the complaint to the number of 287(g) agreements in the Western District of New York. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 7/8/2026. (RFI) (Entered: 07/09/2026) |
| 07/10/2026 | 20 | Letter filed by United States of America *Regarding W.D.N.Y. 287(g)s in the Complaint*. (Neuman, Brandon) (Entered: 07/10/2026) |
| 07/10/2026 | 21 | DECISION & ORDER granting 8 Motion to Transfer Venue; granting 8 Motion to Dismiss Defendant Michael Russo. The Clerk of Court shall remove Russo as a defendant, transfer this case to the Northern District of New York, and note that it is related to case number 1:26−cv−1281−MAD−ML (N.D.N.Y.). SO ORDERED. Signed by Hon. Lawrence J. Vilardo on 7/10/2026. (RFI)<br><br>Clerk to Follow up (Entered: 07/10/2026) |