**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Jul 27 - 2026
John M. Domurad, Clerk

7/24/2026

***Via Email***
Ms. Angela Topa
Case Processing Specialist
U.S. District Court
Northern District of New York

Re: *United States of America vs. Michael Russo, et al*
No.: 1:26-cv-1360 (MAD/ML)
Response to Notice of Admission

Dear Ms. Topa:

Pursuant to ECF No. 23-3, a Notice of Admission Requirement, the Court requested notice in writing as to whether the undersigned would remain counsel of record for Defendants in the above-referenced matter, and seek admission to the Northern District of New York. The undersigned has since applied for admission to the Northern District of New York which remains pending at this time. Furthermore, the undersigned seeks to remain as notice counsel on the docket. However, please note that Ms. Linda Fang, Esq. will continue to serve as lead counsel for Defendants in the above-referenced matter.

Respectfully submitted,

*/s/Deena Mueller-Funke*
Deena Mueller-Funke
Assistant Attorney General
Buffalo Regional Office
Deena.Mueller-Funke@ag.ny.gov
(716) 853-8566