UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW YORK, *et al.*,<br><br>Defendants. | No. 26-cv-1360 (MAD) (ML) |

## ANSWER

Defendants the State of New York, Kathy Hochul, Governor of New York, and Letitia James, Attorney General of the State of New York, sued in their respective official capacities ("Defendants"), hereby answer the Complaint, dated June 22, 2026, as follows:

## GENERAL DENIALS

Except as expressly stated in Paragraphs 1 through 158 below, Defendants deny each and every allegation asserted against them, including any purported allegation set forth in any headings in the Complaint. Pursuant to Federal Rule of Civil Procedure 8(b), all allegations contained in the Complaint to which no responsive pleading is required shall be deemed denied. Defendants further expressly reserve their rights to supplement and/or amend this Answer including, but not limited to, the affirmative and other defenses contained herein, as permitted by Federal Rule of Civil Procedure 15.

## ANSWERS TO SPECIFIC ALLEGATIONS

1. Paragraph 1 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court

to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

2. Paragraph 2 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith. Defendants refer the Court to the cited materials in Footnote 1 and deny any allegations inconsistent therewith.

3. Defendants admit the allegations in the first and second sentences of Paragraph 3. Defendants deny the allegations in the third sentence of Paragraph 3. Defendants deny knowledge or information sufficient to admit or deny the allegations in Footnotes 2 and 3.

4. The first three sentences of Paragraph 4 consist of Plaintiff's characterizations and arguments about the contents of the statutes challenged in this action. To the extent any response is required to the first three sentences of Paragraph 4, Defendants refer the Court to the text of the statutes cited there for a complete and accurate statement of their contents and deny any allegations inconsistent therewith. Defendants deny the allegations in the fourth sentence of Paragraph 4.

5. Paragraph 5 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 5, and refer the Court to the materials cited there for a complete and accurate statement of their contents.

6. Paragraph 6 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 6, further deny that they committed any action contrary to constitutional,

federal, statutory, regulatory, case law, or committed any other wrongdoing, and refer the Court to the cited materials for a complete and accurate statement of their contents.

7. The first sentence of Paragraph 7 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations in the first sentence of Paragraph 7. As to the second sentence of Paragraph 7, Defendants admit only that the Budget Bill S9005-C, Ch. 55, part LL, 2026 N.Y. Laws ("the Budget Bill") includes the "Local Cops, Local Crimes Act," which amends New York Executive Law to add § 170-k, deny that Defendants committed any action contrary to constitutional, federal, statutory, regulatory, case law, or committed any other wrongdoing, and refers the Court to the cited materials for a complete and accurate statement of their contents.

8. Paragraph 8 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent a response is required deny the allegations in Paragraph 8, further deny that Defendants committed any action contrary to constitutional, federal, statutory, regulatory, case law, or committed any other wrongdoing, and refer the Court to the cited materials for a complete and accurate statement of their contents.

9. Paragraph 9 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 9, and refer the Court to the cited materials for a complete and accurate statement of their contents.

10. Paragraph 10 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 10, and refer the Court to the cited materials for a complete and accurate statement of their contents.

11. Paragraph 11 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 11, and refer the Court to the cited materials for a complete and accurate statement of their contents.

12. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 12.

13. Paragraph 13 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 13.

14. Paragraph 14 consists of Plaintiff's description of its claim in this action to which no response is required.

15. Paragraph 15 consists of legal conclusions as to which no response is required.

16. Paragraph 16 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 16, and refer the Court to the Decision & Order, dated July 10, 2026, wherein the district court in the Western District of New York transferred venue to the Northern District of New York.

17. Paragraph 17 consists of characterizations, arguments, and/or legal conclusions as to which no response is required.

18. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 18.

19. No response is required to the allegations contained in Paragraph 19 because they pertain solely to a party that was dismissed by the district court's Decision & Order, dated July 10, 2026.

20. Defendants admit the allegations in Paragraph 20.

21. Defendants admit the allegations in the first sentence of Paragraph 21. The remainder of Paragraph 21 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required to the remainder of Paragraph 21, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

22. Defendants admit the allegations in the first sentence of Paragraph 22. The remainder of Paragraph 22 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required to the remainder of Paragraph 22, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

23. Paragraph 23 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

24. Paragraph 24 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their content and deny any allegations inconsistent therewith.

25. Paragraph 25 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

26. Paragraph 26 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

27. Paragraph 27 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

28. Paragraph 28 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

29. Paragraph 29 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

30. Paragraph 30 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court

to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

31. The first sentence of Paragraph 31 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith. As to the second sentence of Paragraph 31, Defendants admit only that federal law enforcement officers conduct activities in New York and deny knowledge or information sufficient to admit or deny the remaining allegations in the second sentence of Paragraph 31.

32. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 32.

33. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 33 and Footnote 4.

34. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 34 and Footnote 5.

35. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 35.

36. The first and third sentences of Paragraph 36 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required to the allegations in the first and third sentences of Paragraph 36, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith. Defendants deny knowledge or information sufficient to admit or deny the allegations in the second sentence of Paragraph 36.

37. Paragraph 37 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

38. Paragraph 38 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

39. Paragraph 39 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

40. Paragraph 40 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 40, and refer the Court to the cited materials for a complete and accurate statement of their contents.

41. Paragraph 41 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

42. Paragraph 42 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations in the last sentence of Paragraph 42, and as to the remaining allegations in Paragraph

42, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

43. Defendants deny the allegations in Paragraph 43.

44. Paragraph 44 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 44, excerpt admit that federal law authorizes cooperation between States and localities and the federal government, and refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

45. Paragraph 45 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

46. Paragraph 46 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

47. Paragraph 47 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

48. Paragraph 48 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court

to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

49. Paragraph 49 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

50. Paragraph 50 and Footnote 6 consist of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

51. Defendants admit only that certain local law enforcement agencies in New York have entered into agreements pursuant to 8 U.S.C. § 1357 (g) with ICE since 2020 and deny knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 51 and Footnote 7.

52. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 52.

53. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 53.

54. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 54.

55. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 55.

56. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 56.

57. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 57.

58. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 58.

59. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 59.

60. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 60.

61. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 61.

62. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 62.

63. Paragraph 63 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny that cooperation under 8 U.S.C. § 1357(g)(8) occurs only under color of federal authority, and further deny knowledge or information sufficient to admit or deny the allegations in Paragraph 63, and refer the Court to the cited materials for a complete and accurate statement of their content and deny any allegations inconsistent therewith.

64. Paragraph 64 and Footnote 9 consist of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants

deny the allegations in Paragraph 64, and refer the Court to the cited materials for a complete and accurate statement of their contents.

65. The first sentence of Paragraph 65 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required to the first sentence of Paragraph 65, Defendants deny knowledge or information sufficient to admit or deny the allegations contained therein. Defendants deny the remaining allegations in Paragraph 65. As to Footnotes 10, 11, and 12, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

66. Defendants admit only that the New York Legislature passed the Budget Bill on May 21, 2026, and Governor Hochul signed the Budget Bill into law on May 27, 2026, that the provisions of the Budget Bill codified at New York Civil Rights Law, Article 15, Sections 150 and 151 ("the Face Coverings and Identification Act") took effect on June 26, 2026, and that provisions of the Budget Bill codified at New York Executive Law § 170-k took effect on August 25, 2026. As for the remaining allegations in Paragraph 66 and Footnote 13, Defendants refer the Court to the cited materials for a complete and accurate statement of their content and deny any allegations inconsistent therewith.

67. Paragraph 67 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

68. Paragraph 68 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court

to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

69. Paragraph 69 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

70. Paragraph 70 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

71. Paragraph 71 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

72. Paragraph 72 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

73. Paragraph 73 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

74. Defendants admit the allegations in Paragraph 74.

75. Paragraph 75 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

76. Paragraph 76 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

77. Paragraph 77 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

78. Paragraph 78 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

79. Paragraph 79 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

80. Paragraph 80 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court

to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

81. Paragraph 81 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

82. Paragraph 82 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

83. Paragraph 83 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

84. Paragraph 84 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

85. Paragraph 85 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

86. Paragraph 86 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

87. Paragraph 87 consists of characterizations, arguments, and/or legal conclusions to which no response is required. To the extent any response is required, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

88. Defendants admit the allegations contained in Paragraph 88.

89. Paragraph 89 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 89, and refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

90. Paragraph 90 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 90.

91. Paragraph 91 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 91.

92. Paragraph 92 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 92.

93. Defendants deny the allegations contained in the first sentence of Paragraph 93, and deny knowledge or information sufficient to admit or deny the remaining allegations contained in Paragraph 93.

94. Defendants deny the allegations contained in Paragraph 94.

95. Defendants deny the allegations contained in the first sentence of Paragraph 95, and deny knowledge or information sufficient to admit or deny the remaining allegations contained in Paragraph 95.

96. Defendants deny knowledge or information sufficient to admit or deny the allegations contained in Paragraph 96.

97. Defendants deny knowledge or information sufficient to admit or deny the allegations contained in Paragraph 97.

98. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 98 and Footnote 14.

99. Paragraph 99 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in the first sentence of Paragraph 99, and deny knowledge or information sufficient to admit or deny the remaining allegations contained in Paragraph 99.

100. Defendants deny knowledge or information sufficient to admit or deny the allegations contained in Paragraph 100.

101. Paragraph 101 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny knowledge or information sufficient to admit or deny the allegations contained in the first, second, third, fifth and sixth sentences of Paragraph 101, and as to the fourth sentence of Paragraph 101,

Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

102. Defendants deny the allegations contained in Paragraph 102.

103. Paragraph 103 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in the first, second, third and fourth sentences of Paragraph 103, refer the Court to the cited materials in the fifth sentence of Paragraph 103 for a complete and accurate statement of their contents and deny any allegations inconsistent therewith, and deny knowledge or information sufficient to admit or deny the remaining allegations contained in Paragraph 103.

104. Paragraph 104 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in the first sentence of Paragraph 104, deny knowledge or information sufficient to admit or deny the remaining allegations contained in Paragraph 104.

105. Paragraph 105 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 105, and refer the Court to the cited materials for a complete and accurate statement of their contents.

106. Paragraph 106 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in the first sentence of Paragraph 106, and deny knowledge or information sufficient to admit or deny the remaining allegations contained in Paragraph 106.

107. Paragraph 107 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny knowledge and information sufficient to admit or deny the allegations in Paragraph 107.

108. Paragraph 108 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 108.

109. Paragraph 109 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 109.

110. Paragraph 110 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 110.

111. Paragraph 111 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 111.

112. Paragraph 112 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 112, and refer the Court to the cited materials for a complete and accurate statement of their content and deny any allegations inconsistent therewith.

113. Paragraph 113 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants admit that federal law authorizes state and local entities to enter into 287(g) agreements, deny the remaining

allegations in Paragraph 113, and refer the Court to the cited materials for a complete and accurate statement of their contents.

114. Paragraph 114 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 114, and refer the Court to the referenced statutes and cited materials for a complete and accurate statement of their content and deny any allegations inconsistent therewith.

115. Paragraph 115 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants admit that the federal government is responsible for the enforcement of federal immigration law and that federal law authorizes state and local entities to enter into 287(g) agreements, and deny the remaining allegations in Paragraph 115.

116. Paragraph 116 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, as to the allegations in the first and second sentences of Paragraph 116, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith, and deny the allegations in the last two sentences of Paragraph 116.

117. Paragraph 117 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 117, and refers the Court to the referenced statutes and Constitution provisions for a complete and accurate statement of their content and deny any allegations inconsistent therewith.

118. In response to Paragraph 118, Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

119. Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 119 and Footnote 15, and refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

120. Paragraph 120 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny knowledge or information sufficient to admit or deny the allegations in Paragraph 120, and refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

121. Defendants admit that the Local Cops, Local Crimes Act will void all existing and future agreements pursuant to 8 U.S.C. § 1357(g) in New York, and deny knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 121.

122. Paragraph 122 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

123. Paragraph 123 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in the first, third, fourth and fifth sentences of Paragraph 123, deny knowledge or information sufficient to admit or deny the allegations in the second sentence of Paragraph 123, and as to the allegations in the last sentence of Paragraph 123, Defendants refer the Court to the

cited materials for a complete and accurate statement of their content and deny any allegations inconsistent therewith.

124. Paragraph 124 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their content and deny any allegations inconsistent therewith.

125. Paragraph 125 and Footnote consist of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 125 and Footnote 16, and refer the Court to the cited materials for a complete and accurate statement of their contents.

126. Paragraph 126 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 126.

127. Paragraph 127 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 127.

128. Paragraph 128 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 128.

129. Paragraph 129 contains arguments, characterizations, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 129, and refer the Court to the cited materials for a complete and accurate statement of their contents.

130. Paragraph 130 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny the allegations in Paragraph 130, and refer the Court to the cited materials for a complete and accurate statement of their contents.

131. Paragraph 131 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their content and deny any allegations inconsistent therewith.

132. Paragraph 132 contains arguments, characterizations, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants admit only that federal law authorizes States and localities to enter into 287(g) agreements, and that the Local Cops, Local Crimes Act prohibit state and local entities in New York from entering into or maintaining 287(g) agreements, deny the remaining allegations in Paragraph 132, and refer the Court to the cited materials for a complete and accurate statement of their content and deny any allegations inconsistent therewith.

133. Paragraph 133 contains arguments, characterizations, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants deny knowledge or information sufficient to admit or deny the allegations in the first sentence of Paragraph 133, and deny the remaining allegations in Paragraph 133.

## ANSWER AS TO COUNT I

134. Defendants repeat and reiterate each and every response contained in Paragraphs 1 through 133 of this Answer as if fully set forth herein.

135. Defendants deny the allegations contained in Paragraph 135.

136. Defendants refer the Court to the referenced statutes for a complete and accurate statement of their contents and deny any allegations in Paragraph 136 inconsistent therewith.

137. Defendants refer the Court to the referenced statutes for a complete and accurate statement of their content and deny any allegations in Paragraph 137 inconsistent therewith.

138. Defendants deny the allegations contained in Paragraph 138.

139. Defendants deny the allegations contained in Paragraph 139.

**ANSWER AS TO COUNT II**

140. Defendants repeat and reiterate each and every response contained in Paragraphs 1 through 133 of this Answer as if fully set forth herein.

141. Defendants deny the allegations contained in Paragraph 141.

142. Defendants deny the allegations contained in Paragraph 142.

**ANSWER AS TO COUNT III**

143. Defendants repeat and reiterate each and every response contained in Paragraphs 1 through 133 of this Answer as if fully set forth herein

144. Defendants deny the allegations contained in Paragraph 144.

145. Defendants deny the allegations contained in Paragraph 145.

**ANSWER AS TO COUNT IV**

146. Defendants repeat and reiterate each and every response contained in Paragraphs 1 through 133 of this Answer as if fully set forth herein

147. Paragraph 147 consists of characterizations, arguments, and/or legal conclusions as to which no response is required. To the extent any response is required, Defendants refer the Court to the cited materials for a complete and accurate statement of their contents and deny any allegations inconsistent therewith.

148. Defendants deny the allegations contained in Paragraph 148.

149. Defendants deny the allegations contained in Paragraph 149.

150. Defendants deny the allegations contained in Paragraph 150.

151. Defendants deny the allegations contained in Paragraph 151.

## ANSWER AS TO COUNT V

152. Defendants repeat and reiterate each and every response contained in Paragraphs 1 through 133 of this Answer as if fully set forth herein

153. Defendants deny the allegations contained in Paragraph 153.

154. Defendants deny the allegations contained in Paragraph 154.

## ANSWER AS TO PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any of the relief requested in Plaintiff's prayer for relief.

## AS TO THE FIRST AFFIRMATIVE DEFENSE

155. The Complaint fails to state a claim.

## AS TO THE SECOND AFFIRMATIVE DEFENSE

156. Plaintiff's claims are barred in whole or in part by laches.

## AS TO THE THIRD AFFIRMATIVE DEFENSE

157. Plaintiff's claims are barred in whole or in part because Plaintiff's injuries were caused by the intervening acts of others, including Plaintiff, for which Defendants are not legally responsible.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants respectfully request that the Court enter judgment in their favor, dismissing all claims asserted against them with prejudice, and granting costs and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
August 31, 2026

LETITIA JAMES
Attorney General
State of New York

By: */s/ Linda Fang*
Linda Fang
Special Litigation Counsel
28 Liberty Street
New York, NY 10005
Tel: (212) 416-8580
Linda.Fang@ag.ny.gov