UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF NEW YORK, et al.,

Defendants.

No. 26-cv-1360 (MAD) (ML)

Honorable Mae D'Agostino
United States District Judge

## NOTICE OF APPEAL

Please take notice that Plaintiff the United States of America hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's Opinion and Order regarding N.Y. Exec. Law § 170-k, Dkt. No. 53, entered on August 3, 2026, denying in part the United States' motion for a preliminary injunction.

DATED: October 2, 2026

Respectfully Submitted

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

HILARY K. PERKINS
Director
Enforcement & Affirmative Litigation Branch

JACQUELINE COLEMAN SNEAD
Deputy Director
Affirmative Litigation Section

/s/ Brandon D. Neuman
BRANDON D. NEUMAN (CA Bar 319067)
Trial Attorney
Enforcement & Affirmative Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

(202) 227-7416
Brandon.Neuman@usdoj.gov

*Attorneys for the United States of America*