# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**John M. Domurad**
**Clerk of Court**

**Maurice L. Christopher**
**Chief Deputy**

**Lori M. Welch**
**Chief Deputy**

**Federal Building and Courthouse**
**P.O. Box 7367**
**Syracuse, New York 13261-7367**
**(315) 234-8500**

## ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on October 2, 2026 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, John M. Domurad, Clerk, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, October 2, 2026.

John Domurad
Clerk of Court

By: Brianna Strauss, Deputy Clerk

**Case Information**

| | |
|---|---|
| Case Name: | United States of America v. State of New York, et al. |
| Case No.: | 1:26-cv-1360 (MAD/ML) |
| Docket No. of Appeal: | 66 – Notice of Appeal |
| Document Appealed: | 53 – Memorandum-Decision and Order |

Fee Status:
_____Paid
_____Due
__X__Waived (USA filer)
_____IFP revoked
_____Application Attached
_____IFP pending before USDJ

Counsel:
__X__Retained
_____Pro Se

Time Status:
__X__Timely
_____Untimely

Motion for Extension of Time: __X__N/A

Certificate of Appealability: __X__N/A