UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF NEW YORK, et al.,

Defendants.

No. 26-cv-1360 (MAD) (ML)

Honorable Mae D'Agostino
United States District Judge

## NOTICE OF MOTION

The United States of America moves for partial judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). Plaintiff moves for a decision regarding Count 1 to permanently enjoin the Defendants, the Defendants' officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with any of the Defendants, from enforcing N.Y. Civil Rights Law §§ 100 - 102. The bases and reasons for this motion are set forth in the accompanying Memoranda of Law in Support of Plaintiff's Motion.

PLEASE TAKE FURTHER NOTICE that the United States of America intends to file and serve reply papers.

**ORAL ARGUMENT REQUESTED**

DATED: November 6, 2026

JOHN A. SARCONE III
First Assistant United States Attorney
Northern District of New York

Respectfully Submitted

STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

HILARY K. PERKINS
Director
Enforcement & Affirmative Litigation Branch

JACQUELINE COLEMAN SNEAD
Deputy Director
Affirmative Litigation Section

/s/ *DRAFT*

BRANDON D. NEUMAN (CA Bar #319067)
LUKE A. MILLER (MN Bar #0504247)
Trial Attorneys
Enforcement & Affirmative Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386
(202) 227-7416
Brandon.Neuman@usdoj.gov
Luke.Miller2@usdoj.gov

*Attorneys for the United States of America*

**ORAL ARGUMENT REQUESTED**