UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF NEW YORK, et al.,

Defendants.

No. 26-cv-1360 (MAD) (ML)

Honorable Mae D'Agostino
United States District Judge

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Judgment on the Pleadings and the entire record, it is hereby ORDERED that the Motion is GRANTED; and it is further

ORDERED that N.Y. Civil Rights Law §§ 100–02 are declared invalid as applied to federal law enforcement officers under the Supremacy Clause; and it is further

ORDERED that Defendants and their successors, agents, servants, employees, attorneys, and all persons acting in concert with Defendants, are permanently enjoined from enforcing §§ 100–02 against federal law enforcement officers; and it is further

ORDERED that the United States is awarded its costs and fees in this action.

SO ORDERED.

DATED: ____________________ BY THE COURT: _________________________