**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

November 13, 2026

**VIA ECF**
Honorable Mae A. D'Agostino
United States District Court
Northern District of New York
445 Broadway
Albany, New York 12207

Re: *United States v. State of New York et al.*, No. 26-cv-1360 (MAD) (ML)

Dear Judge D'Agostino:

This office represents defendants the State of New York, Attorney General Letitia James in her official capacity, and Governor Kathy Hochul in her official capacity in this action.

Pursuant to Local Rule 11.1(b), I write to request leave to withdraw as counsel for defendants, on account of my upcoming departure from the Attorney General's Office. Defendants will continue to be represented in this action by this office through Special Counsels Arastu Chaudhury and Morenike Fajana. Defendants and opposing counsel are aware of my departure.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/ Linda Fang
LINDA FANG
Special Litigation Counsel
(212) 416-8580
Linda.Fang@ag.ny.gov