**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

November 13, 2026

**By ECF**
Honorable Mae A. D'Agostino
United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
455 Broadway, Courtroom 5
Albany, New York, 12207

Re: *United States v. New York* et al., 26-CV-1360 (MAD/ML)

Dear Judge D'Agostino:

This Office represents the Defendants State of New York, Governor Kathy Hochul, and Attorney General Letitia James, the latter two in their official capacities, in the above-referenced action. We write respectfully pursuant to this Court's Rule of Practice 1 to request the time to respond to the Plaintiff's partial motion for judgment on the pleading pursuant to Fed. R. Civ. P. 12(c) be extended three weeks from November 27, 2026, to December 18, 2026. Defendants have not sought or received any prior adjournment of this deadline, and the requested extension would not impact any other deadlines in this matter. Plaintiff does not consent to the length of the requested extension because "the Partial Motion for Judgment on the Pleadings largely overlaps with issues fully briefed at the preliminary injunction stage, and we believe the Motion can be a vehicle to narrow the issues in the case as efficiently as possible."

Defendants seek the additional time for two reasons: first, the undersigned attorney has only recently taken over this matter from the prior lead attorney, and needs the time to become familiar with all aspects of the case. Second, the current deadline falls during upcoming Thanksgiving holiday, and obtaining the necessary review and authorizations prior to filing would be very difficult. We note the Court's preliminary injunction covers the State statutes that are the subject of Plaintiff's 12(c) motion, and thus, Plaintiff suffers no prejudice from the Court granting the requested additional time.

We thank the Court for its consideration of this request.

Respectfully,

*/s/ Arastu K. Chaudhury*
Arastu K. Chaudhury
Morenike Fajana
Special Counsel
Office of the New York State Attorney General
Attorneys for Defendants

cc: All Counsel of Record (Via ECF)